United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 23, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-30221
Summary Calendar
_____

KEVEN EYER,

Plaintiff-Appellee,

versus

PATRICK EVANS; WILLIAM MCDADE;
CHRISTIAN VARNADO; MICHAEL GLASSER;
CITY OF NEW ORLEANS,

Defendants-Appellants.

_____

Appeal from the United States District Court for
the Eastern District of Louisiana
(USDC No. 03-CV-342-A)
_____

Before REAVLEY, BARKSDALE and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

As there is a fact issue as to whether Eyer was ever in active or constructive

possession of the marijauna, this court does not have jurisdiction. See Kinney v.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

Weaver, 301 F.3d 253, 261-62 (5th Cir. 2002); Lemoine v. New Horizons Ranch and Center, Inc., 174 F.3d 629, 633-34 (5th Cir. 1999).  DISMISSED.